IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE


UNITED STATES OF AMERICA )
)
v. ) No. 3:07-cr-114
)
ERIC GILLETTE and )
WALTER WILSON )

## MEMORANDUM AND ORDER

This criminal case is before the court on the parties' joint motion for a continuance of the trial [doc. 35]. The parties say that additional time is needed to reach a decision about all the issues and prepare the case for its final resolution.

The court finds the parties' motion well-taken, and it will be granted. The court finds that the ends of justice served by granting the motion outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(8)(A). The court finds that the failure to grant the parties' motion would deny them the time needed to resolve the issues and bring the case to a final resolution. 18 U.S.C. § 3161(h)(8)(B)(iv). Therefore, all the time from the defendant's motion for a continuance to the new trial date is excludable as provided by the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A).

It is hereby **ORDERED** that the parties' motion for a continuance is **GRANTED**, and this criminal case is **CONTINUED** to February 13, 2008, at 1:00 p.m.

ENTER:


_____*s/ Leon Jordan*_____
United States District Judge